Magistrate Judge Michelle L. Peterson

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUN 23 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DOMINIC CORTEZ NICHOLS,<br><br>Defendant. | CASE NO. MJ26-391<br><br>COMPLAINT for VIOLATION<br><br>18 U.S.C. Section 2244(b); and<br>49 U.S.C. Section 46506(1) |

BEFORE, Michelle L. Peterson, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1
### (Abusive Sexual Contact)

On or about June 23, 2026, within the special aircraft jurisdiction of the United States, that is, while aboard an aircraft in flight traveling nonstop from Kona, Hawaii, to SeaTac, King County, Washington, within the Western District of Washington and elsewhere, DOMINIC CORTEZ NICHOLS did knowingly and intentionally engage in

sexual contact with Victim, that is, touch Victim's inner thigh and groin, without Victim's permission and with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

All in violation of Title 18, United States Code, Section 2244(b) and Title 49 United States Code, Section 46506(1).

And the complainant states that this Complaint is based on the following information:

I, Christopher R. Faidley, being first duly sworn on oath, depose and say:

**INTRODUCTION**

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since September 2022.  I am currently on a temporary duty assignment to work at the Seattle Headquarters office. My home office is the San Antonio Division, where I am assigned to a violent crime task force in Austin, Texas. Per United States Code, Title 49, Section 46506, Special Aircraft Jurisdiction of the United States, the FBI has been designated as the law enforcement agency responsible for investigating crimes that occur onboard an aircraft once the doors have closed post boarding, including interference with a flight crew, or any physical or sexual assault. Moreover, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2.     I am a graduate of the Federal Bureau of Investigation Basic Field Training Course.  During this 21-week training, I received training in interviewing and interrogation techniques; arrest procedures; search and seizure; and surveillance techniques.  Prior to this employment, I completed the 720-hour basic law enforcement academy of Washington State. I served as a police officer for the City of Bremerton Police Department for approximately 10 years, where I responded to and investigated

Complaint - 2
*United States v. NICHOLS*
USAO No. 2026R00829

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

thousands of crimes. I served the Bremerton Police Department in numerous roles including a K-9 Handler, Drug Recognition Expert and Field Training Officer.

3.     This affidavit is made based upon my personal knowledge, training, experience and investigation, as well as upon information provided to me and my review of reports prepared by other law enforcement personnel. This affidavit is made for the purpose of establishing probable cause for this Complaint and thus does not include each and every fact known to me concerning this investigation.

## SUMMARY OF PROBABLE CAUSE

4.     I have reviewed reports, documents, and statements related to events that occurred on June 23, 2026, aboard Delta Airlines flight DL485 from Kona to SeaTac. According to the reports, documents, and statements I reviewed, Delta Air Lines flight DL485 left Kona, Hawaii on June 22, 2026, enroute to SeaTac, Washington, within the Western District of Washington. NICHOLS' ultimate destination was his private residence, located in the State of Kansas.

5.     Victim, a 27-year-old female, boarded flight DL485 and attempted to take her assigned window seat of 28F. When the Victim boarded the plane, NICHOLS was already sitting in seat 28F. The Victim showed NICHOLS her boarding pass and NICHOLS agreed to move to the middle seat (28E). However, NICHOLS would not exit to allow her to get to the window seat, forcing her to crawl over him to get to her seat, as witnessed by one other passenger.

6.     The Victim told investigators that, with approximately two hours left in the flight, she was sleeping when NICHOLS tapped her hand and asked her if they were arriving in Seattle yet. The Victim told NICHOLS no. Approximately 30 minutes later, the Victim had her hands together between her thighs attempting to keep them warm when NICHOLS placed his own hand between hers, touching her inner thigh and lower pelvic region. The touching was unwanted and uninvited. The Victim pushed the flight attendant call button and immediately reported the incident to airline personnel. A flight attendant then moved Victim to Row 10.

Complaint - 3
*United States v. NICHOLS*
USAO No. 2026R00829

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7. During most of the interaction, NICHOLS had a blanket over his lap. The Victim observed movement under NICHOLS' blanket at various times during the flight.

8. NICHOLS was interviewed at SeaTac Airport upon arrival. NICHOLS was advised of his Miranda rights and agreed to answer questions with Port of Seattle Police personnel. NICHOLS was identified based on his Kansas drivers license on his person. NICHOLS was brought to law enforcement by flight personnel when the plane landed and before other passengers deplaned.

9. During the interview, NICHOLS admitted to the following. NICHOLS said he really wanted the window seat. NICHOLS confirmed he touched the Victim during the flight. NICHOLS stated he was watching an in-flight movie, and the female actress in the movie caused him to become sexually aroused. However, NICHOLS could not achieve an erection. NICHOLS then used his hand to touch the Victim in the waistline area and slid his hand along her upper thigh towards her groin and genitals area. NICHOLS demonstrated and recreated a rubbing motion of his hand to the Port of Seattle Police personnel during the interview.

10. NICHOLS also admitted during the interview to masturbating on two occasions during the flight. On one occasion, the Victim was still seated next to him. And on the second occasion, the Victim had moved to another seat after the unwanted touching.

11. NICHOLS claimed to have touched the Victim for two reasons. First, NICHOLS wanted the Victim to move out of the window seat. And second, NICHOLS wanted the window seat in order to masturbate in private. NICHOLS claimed he did not ejaculate during the flight.

//
//
//
//
//
//

Complaint - 4
*United States v. NICHOLS*
USAO No. 2026R00829

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

12.     Based on the aforementioned facts, I respectfully submit that there is probable cause to believe that DOMINIC CORTEZ NICHOLS committed the offense of Abusive Sexual Contact, in violation of Title 18, United States Code, Section 2244(b) and Title 49, United States Code, Section 46506(1).

CHRISTOPHER R. FAIDLEY
Complainant
Special Agent, FBI

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 23rd day of June, 2026.

The Honorable Michelle L. Peterson
United States Magistrate Judge

Complaint - 5
*United States v. NICHOLS*
USAO No. 2026R00829

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970